786 F.2d 1165
 Unpublished Disposition
NOTICE: Sixth Circuit Rule 24(c) states that citation of unpublished dispositions is disfavored except for establishing res judicata, estoppel, or the law of the case and requires service of copies of cited unpublished dispositions of the Sixth Circuit.
LIND-AIR, INC., Plaintiff-Appellant,
vs.
AMERICAN FLETCHER LEASING CORPORATION, Defendant-Appellee,
W.R. GRACE & COMPANY, Defendant-Counterclaimant and
Cross-Claimant-Appellant,
CARL H. LINDNER, ET AL., Additional Counterclaim Defendants
 85-3238
 United States Court of Appeals, Sixth Circuit.
 2/3/86
 
 S.D.Ohio
 AFFIRMED
 ORDER
 BEFORE: ENGEL, MILBURN and RYAN, Circuit Judges.
 
 
 1
 This cause having come on to be heard upon the record, the briefs, and the oral argument of the parties, and upon due consideration thereof,
 
 
 2
 IT IS ORDERED that the judgment of the District Court be, and it hereby is, affirmed upon the opinion of the District Court.